THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PLATINUM JACK ENTERTAINMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-00880-S |
| ESPN, INC. and CHICK-FIL-A, INC., | § § | |
| Defendants. | § § § | |

## DEFENDANT ESPN, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ESPN, Inc., a nongovernmental corporate party, hereby discloses the identity of each of the following, which is a direct or indirect parent corporation of Defendant ESPN, Inc., or a publicly held corporation owning 10% or more of Defendant ESPN, Inc.'s stock:

ESPN Holding Company, Inc.

ABC Holding Company, Inc.

ABC, Inc.

ABC Enterprises, Inc.

The Walt Disney Company

Disney Enterprises, Inc.

Hearst Brazil, Inc.

The Hearst Corporation

Hearst Communications, Inc.

Hearst Holdings, Inc.

The Hearst Family Trust

1

Dated:  May 22, 2018

Respectfully submitted,

JACKSON WALKER L.L.P.

By:

Stacy Allen
State Bar No. 24034185
stacyallen@jw.com
Emilio B. Nicolas
State Bar No. 24058022
enicolas@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Facsimile

- and -

Eric D. Wong
State Bar No. 24102659
ewong@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas  75201
(214) 953-6116 – Telephone
(214) 661-6816 – Facsimile

ATTORNEYS FOR DEFENDANTS
ESPN, INC. and CHICK-FIL-A, INC.

2

## CERTIFICATE OF SERVICE

This certifies that on May 22, 2018, a true and correct copy of the foregoing document was served via the Court's ECF system upon all counsel of record who are registered ECF users pursuant to Local Civil Rule 5.1(d), or by another manner authorized by Rule 5(b)(2) of the Federal Rules of Civil procedure.

Stacy Allen

3